# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
AT&T Corp. ) ASBCA No. 61868
)
Under Contract No. HC1013-16-D-0002 )

APPEARANCE FOR THE APPELLANT: Paul R. Hahn, Esq.
General Attorney

APPEARANCES FOR THE GOVERNMENT: William E. Brazis, Jr., Esq.
DISA General Counsel
Colleen M. Eagan, Esq.
Trial Attorney
Defense Information Systems Agency
Scott Air Force Base, IL

## ORDER OF DISMISSAL

Pursuant to the request of the parties in appellant's "NOTIFICATION OF SETTLEMENT," dated December 20, 2018, this case is hereby DISMISSED WITH PREJUDICE.

Dated: December 21, 2018

_____
J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61868, Appeal of AT&T Corp., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals